# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re FTCA Flint Water Cases | Case No. 4:17-cv-11218 (Consolidated) |
| | Hon. Linda V. Parker |

_____/

This filing relates to:

| | |
|---|---|
| AASIYAH MEEKS, *et al.*, | Case No. 19-cv-13359 |
| Plaintiffs, | Hon. Judith E. Levy |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

_____/

## STIPULATION OF EXTENSION OF TIME TO RESPOND TO THE UNITED STATES OF AMERICA'S MOTION TO CONSOLIDATE

Plaintiffs and Defendant the United States of America hereby stipulate that Plaintiffs will have until February 7, 2020 to file a response to the United States of America's Motion to Consolidate (ECF Doc. 95 in *In re FTCA Flint Water Cases*, Case No. 4:17-cv-11218; noticed as ECF Doc. 10 in *Meeks*, Case No. 19-cv-13359) and the United States will have until February 21, 2020 to file a reply thereto.

2

STIPULATED AND AGREED TO:

Dated: January 31, 2020

By: *s/ Corey M. Stern*
Corey M. Stern
Renner K. Walker
Levy Konigsberg LLP
800 Third Ave., 11th Floor
New York, NY 10022
(212) 605-6200
cstern@levylaw.com
rwalker@levylaw.com
***Attorneys for Plaintiffs***

By: */s/ Eric Rey*
(with permission)
Eric Rey (DC Bar #988615)
Michael L. Williams (DC Bar #471618)
Trial Attorneys, Tort Branch
Environmental Tort Litigation
P.O. Box 340
Ben Franklin Station
Washington, DC 20004
(202) 616-4224
eric.a.rey@usdoj.gov
michael.l.williams@usdoj.gov
***Attorneys for Defendant***
***United States of America***

2

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: January 31, 2020

                                                          /s/ Renner K. Walker