UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AASIYAH MEEKS, et al., | Case No. 5:19-CV-13359 |
| Plaintiffs, | Honorable Judith E. Levy |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This filing relates to:

| | |
|---|---|
| In re FTCA Flint Water Cases | Case No. 4:17-CV-11218 (Consolidated) |
| | Honorable Linda V. Parker |

**NOTICE OF OPPOSITION TO MOTION TO CONSOLIDATE AND EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Plaintiffs in *Meeks et al. v. United States of America*, Civil No. 5:19-CV-11359 hereby provide Notice of their Opposition to the United States of America's Motion to Consolidate and Extend Deadline to Respond to Complaint, filed in the *In re FTCA Flint Water Cases*, 4:17-CV-11218, pending before Judge Linda V. Parker, and noticed in the present action.

In opposing the United States of America's motion, the *Meeks* Plaintiffs incorporate the arguments advanced by the Plaintiffs in *Walters et al. v. City of Flint et al.*, Civil No. 5:17-CV-10164, in their Motion to Consolidate *Meeks* and *In re FTCA Flint Water Cases*, 4:17-CV-11218 with *Walters*. Pertinently, while common issues of fact and law exist between the two sets of cases—indeed, both sets of cases grew out of a single series of tragic events—*Walters* is the

1

earlier filed case, and the cases should be consolidated together with *Walters* before Judge Levy. Consolidation will ensure more efficient litigation and resolution of these cases.

Annexed hereto as **Exhibits A**, **B**, and **C**, respectively, are: the *Meeks* Plaintiffs' Opposition to the United States of America's Motion to Consolidate and Extend Deadline to Respond to Complaint, filed in the *In re FTCA Flint Water Cases*, 4:17-CV-11218 docket line; the *Walters* Plaintiffs' Motion to Consolidate; and the Memorandum of Support the *Walters* Plaintiffs filed in support of their Motion to Consolidate.

Dated: February 7, 2020							Respectfully Submitted,

											**LEVY KONIGSBERG, LLP**

											/s/ COREY M. STERN
											Corey M. Stern (P80794)
											800 Third Avenue, 11th Floor
											New York, New York 10022
											(212) 605-6298
											(212) 605-6290 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, the foregoing document was filed via the U.S. District Court's CM/ECF electronic system and a copy thereof was served upon all counsel of record.

**LEVY KONIGSBERG, LLP**

/s/ COREY M. STERN
Corey M. Stern (P80794)
800 Third Avenue, 11th Floor
New York, New York 10022
(212) 605-6298
(212) 605-6290 (facsimile)