UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re FTCA Flint Water Cases            Civil No. 4:17-cv-11218
                                                                  (Consolidated)

                                                                   Hon. Linda V. Parker
_____/     United States District Judge

This filing also relates to:

*Meeks et al. v. United States*                   Civil No. 5:19-cv-13359

                                                                   Hon. Judith E. Levy
                                                                   United States District Judge

## <u>MEEKS PLAINTIFFS' OPPOSITION TO MOTION TO CONSOLIDATE AND EXTEND DEADLINE TO RESPOND TO COMPLAINT</u>

COME NOW, counsel for the *Meeks* Plaintiffs, to oppose the motion of the United States to consolidate *Meeks et al. v. United States*, Civil No. 19-13359, currently pending before Judge Judith E. Levy, with *In re FTCA Flint Water Cases*, Civil No. 17-11218, currently pending before Judge Linda V. Parker.

Plaintiffs oppose the motion for the reasons identified in the Memorandum of Support of the *Walters v. City of Flint* Plaintiffs' Motion to Consolidate *Meeks* and the *In re FTCA Flint Water Cases* with *Walters v. City of Flint*, Civil No. 17-10164 (ECF No. 283), and Plaintiffs incorporate those arguments and annex the pleadings submitted in *Walters* as **Exhibits A and B**, respectively, to their opposition here. Pertinently, while common issues of fact and law exist between the two sets of cases—indeed, both sets of cases grew out of a single series of tragic events—*Walters* is the earlier filed case, and the cases should be consolidated together with *Walters* before Judge Levy. Consolidation will ensure more efficient litigation and resolution of these cases.

Dated: February 7, 2020

    Respectfully submitted,

    **LEVY KONIGSBERG LLP**

    /s/ COREY M. STERN
    Corey M. Stern (P80794)
    800 Third Ave., 11th Floor
    (212) 605-6298
    (212) 605-6290 (facsimile)

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2020, the foregoing document was filed via the U.S. District Court's CM/ECF electronic system and a copy thereof was served upon all counsel of record.

                                              **LEVY KONIGSBERG LLP**

                                              /s/ COREY M. STERN
                                              Corey M. Stern (P80794)
                                              800 Third Ave., 11th Floor
                                              (212) 605-6298
                                              (212) 605-6290 (facsimile)