UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AASIYAH MEEKS et al.,

    Plaintiffs,                    Civil No. 19-13359

v.                                  Hon. Judith E. Levy

UNITED STATES OF AMERICA,

    Defendant.

**Notice of Reply to Motion to Consolidate and Motion to Extend Deadline to Respond to Complaint**

Pursuant to Local Rule 42.1(a)(2), the United States hereby provides notice of its reply to its motion to consolidate, pursuant to Federal Rule of Civil Procedure 42(a), *Meeks v. United States*, 19-13359, currently pending before this Court with the consolidated *In re FTCA Flint Water Cases*, 17-cv-11218, pending before Judge Linda V. Parker. Pursuant to Local Rule 42.1(a)(1), the United States filed its motion to consolidate in the *In re FTCA Flint Water Cases*, 17-cv-11218. A copy of the United States' filed reply is appended hereto as Attachment 1.

Dated: February 11, 2020

                                       Respectfully submitted,

                                       Joseph H. Hunt
                                       Assistant Attorney General, Civil Division

Thomas G. Ward
Deputy Assistant Attorney General, Torts Branch

J. Patrick Glynn
Director, Torts Branch

Christina M. Falk
Assistant Director, Torts Branch

*s/ Eric Rey*
Eric Rey (DC Bar # 988615)
Jason T. Cohen (ME Bar # 004465)
Michael L. Williams (DC Bar #471618)
Trial Attorneys, Tort Branch
Environmental Tort Litigation
P.O. Box 340
Ben Franklin Station
Washington, DC 20004
Phone: 202-616-4224
eric.a.rey@usdoj.gov
jason.t.cohen@usdoj.gov
michael.l.williams@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2020, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

>	*s/ Eric Rey*
>	ERIC REY