# ATTACHMENT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re FTCA Flint Water Cases | Civil No. 4:17-cv-11218 (Consolidated) |
| _____/ | Linda V. Parker<br>United States District Judge |

This Filing Relates to:

*Meeks v. United States*, 19-13359

**Reply In Support of Motion to Consolidate and
Extend Deadline to Respond to Complaint**

The *Meeks* Plaintiffs do not contest the substance of the United States' motion to consolidate *Meeks v. United States* with the *In re FTCA Flint Water Cases*. *See* Opp'n at 1, ECF No. 100. Instead, their only response is to incorporate by reference a new motion to consolidate filed on the same day as their opposition, in which they seek to consolidate *Meeks* (which was randomly assigned to Judge Levy), all of the FTCA cases this Court recently consolidated as the *In re FTCA Flint Water Cases*, and a non-FTCA case before Judge Levy (*Walters v. City of Flint*, 17-10164). *See id.* In accordance with the Local Rules, the United States will respond separately and in full to this drastic and unnecessary request to consolidate the entire FTCA docket of cases before Judge Levy.

1

Suffice it to say for now, the United States opposes this new motion because common issues of law or fact do not predominate between the FTCA and non-FTCA cases and the factors guiding courts' discretion whether to consolidate weigh against consolidation. The United States also notes that counsel for thousands of plaintiffs in the *In re FTCA Flint Water Cases* oppose the new motion. *See* ECF 100-1 at 2. Pursuant to Local Rule 42.1, this Court will receive the United States' forthcoming opposition to the new motion and, even if Judge Levy were inclined to grant the motion, this Court still would have to consent before the *In re FTCA Flint Water Cases* are transferred to Judge Levy.

Regardless of the outcome of the *Meeks* Plaintiffs' new motion, one issue is undisputed—*Meeks* should not remain unconsolidated. For the reasons set forth in the United States' motion to consolidate, the Court should consolidate *Meeks* with the *In re FTCA Flint Water Cases*. The United States also requests that the deadline to answer the *Meeks* complaint be set for thirty days after a final consolidation order confirms in which court *Meeks* will be litigated.

Dated: February 11, 2020

                                                    Respectfully submitted,

                                                    Joseph H. Hunt
                                                    Assistant Attorney General, Civil Division

Thomas G. Ward
Deputy Assistant Attorney General, Torts Branch

J. Patrick Glynn
Director, Torts Branch

Christina M. Falk
Assistant Director, Torts Branch

*s/ Eric Rey*
Eric Rey (DC Bar # 988615)
Jason T. Cohen (ME Bar # 004465)
Michael L. Williams (DC Bar #471618)
Trial Attorneys, Tort Branch
Environmental Tort Litigation
P.O. Box 340
Ben Franklin Station
Washington, DC 20004
Phone: 202-616-4224
eric.a.rey@usdoj.gov
jason.t.cohen@usdoj.gov
michael.l.williams@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2020, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

> *s/ Eric Rey*
> ERIC REY