UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AASIYAH MEEKS et al.,

       Plaintiffs,                        Civil Case No. 19-13359

v.                                         Honorable Judith E. Levy

UNITED STATES OF AMERICA,

       Defendant.

## Notice of Opposition to Motion to Consolidate

    Pursuant to Local Rule 42.1(a)(2), the United States hereby provides notice of its opposition to the motion to consolidate filed by the Plaintiffs in *Walters v. City of Flint*, 17-cv-10164. A copy of the United States' filed opposition is appended hereto as Attachment 1.

Dated: February 21, 2020

                                      Respectfully submitted,

                                      Joseph H. Hunt
                                      Assistant Attorney General, Civil Division

                                      J. Patrick Glynn
                                      Director, Torts Branch

                                      Christina M. Falk
                                      Assistant Director, Torts Branch

*s/ Eric Rey*
Eric Rey (DC Bar # 988615)
Jason T. Cohen (ME Bar # 004465)
Michael L. Williams (DC Bar # 471618)
Trial Attorneys, Tort Branch
Environmental Tort Litigation
P.O. Box 340
Ben Franklin Station
Washington, DC 20004
Phone: 202-616-4224
eric.a.rey@usdoj.gov
jason.t.cohen@usdoj.gov
michael.l.williams@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

                                        *s/ Eric Rey*
                                        ERIC REY